MICHELE BECKWITH
Acting United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-MC-00167-KJM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR GARNISHMENT |
| v. | [No Hearing Requested] |
| TIMOTHY JAMES DUREL, | Criminal Case No. 2:23-CR-00132-KJM |
| Defendant. | |
| JPMORGAN CHASE BANK, N.A., | |
| Garnishee. | |

The parties, the United States of America ("United States") and the debtor, Timothy James Durel ("Durel"), agree and stipulate as follows:

1. On November 19, 2024, Durel was sentenced in this case and ordered to pay a statutory assessment of $100, a JVTA assessment of $5,000 and restitution of $33,000. As of May 6, 2025, Durel has made no payments towards the criminal monetary penalties.

2. The United States seeks to enforce the criminal monetary penalties. A writ of garnishment is an authorized remedy under the Federal Debt Collection Procedures Act to recover a judgment on a debt. *See* 28 U.S.C. § 3001(a)(1).

3. JPMorgan Chase Bank, N.A. ("Chase"), has in its possession, custody, and control,

property of Durel; namely, a financial account ending in 3278. Durel's spouse, Audrey Nell Durel, is a co-owner on the account.

4. The parties stipulate that the Court should issue an order directing Chase to garnish $7,000 of the funds held in the financial account to be applied towards Durel's criminal monetary penalties.

5. Once the $7,000 has been remitted to the Clerk of the Court, the remaining funds should be released to the account holders.

6. Durel waives any right to elect an exemption. *See* 18 U.S.C. § 3613(a)(1), incorporating IRS exemptions found at 26 U.S.C. § 6334(a)(1)-(8), (10), and (12).

7. Durel waives service of an Application for Writ of Garnishment and right to a hearing. *See* 28 U.S.C. § 3205.

8. Durel understands that entering into this voluntary stipulated garnishment will not remove his name from being on the Treasury Offset Program.

9. In addition to the garnishment, Durel agrees to pay $1,300 per month beginning June 1, 2025, until the criminal monetary penalties are paid in full.

10. The parties agree and stipulate to the entry of this order.

Respectfully submitted,

FOR THE UNITED STATES:

MICHELE BECKWITH
Acting United States Attorney

Dated: 6/6/2025           By:   /s/*Robin Tubesing*
                                ROBIN TUBESING
                                Assistant United States Attorney

FOR THE DEFENDANT:

Dated: 6/2/2025                 /s/*Timothy James Durel*
                                TIMOTHY JAMES DUREL
                                Defendant

FOR THE CO-OWNER:

Dated: 5/7/2025                  /s/*Audrey Nell Durel*
                                AUDREY NELL DUREL
                                Co-owner

STIPULATION AND ORDER FOR GARNISHMENT                 2

**O R D E R**

The Court, having reviewed the court files and the parties' Stipulation and Order for Continuing Garnishment of Wages, and for good cause appearing, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

1. Garnishee, JPMorgan Chase Bank, N.A., shall pay $7,000 from account ending in 3278 to the Clerk of the United States District Court;

2. Payment shall be made in the form of a check, money order, or company draft, made payable to the "**Clerk of the Court**" and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (**2:23-CR-00132-KJM**) shall be stated on the payment instruments.

3. Garnishee, JPMorgan Chase Bank, N.A., shall release the remaining funds in account ending in 3278 to the account holders after remittance of the $7,000 to the Clerk of the Court;

4. Additionally, Durel shall pay $1,300 per month beginning June 1, 2025, until the criminal monetary penalties are paid in full.

IT IS SO ORDERED.

Dated: June 6, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE